UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JASON HAMPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:23-CV-00083-SEB-KMB |
| | ) |
| AMERICREW, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Plaintiff, Jason Hampton, and Defendant, Americrew, Inc., by their respective counsel, having filed their JOINT STIPULATION OF DISMISSAL, and the Court, having examined said Stipulation and being duly advised in the premises, now finds that said Stipulation is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED, that the above-captioned matter shall be, and hereby is, dismissed, with prejudice, costs paid.

So ORDERED this 13th day of February, 2025.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution**:

All parties of record via CM/ECF.